UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON R. MORGAN *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

CYBERCARTEL INTERNATIONAL, INC.,

                Defendant.

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 4-15-20

19-CV-10684 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on November 18, 2019. On November 21, 2019, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service. According to the affidavit of service filed on the docket, Defendant was served on February 11, 2020. To date, however, the Court has not received the parties' joint later. No later than April 22, 2020, the parties shall file a joint letter updating the Court as to the status of this case and addressing the issues in the Court's November 21st Order.

    Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 15, 2020
            New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge