

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

April 17, 2020

**VIA ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Jon R. Morgan v. Cybercartel International*, *Inc.,* Case No. 1:19-cv-10684-RA

Dear Hon. Judge Abrams,

As the Court is aware, the undersigned represents the Plaintiff in the above-referenced case. A complaint against the above-named Defendant was filed on November 18, 2019. The summons against said Defendant was issued on November 19, 2019. Said summons and complaint were successfully served on February 11, 2020, filed on February 12, 2020, and Defendant's time to respond was due by March 3, 2020.

As of today, Defendant has failed to respond, therefore the undersigned is requesting from the Court to move for default.

Respectfully submitted,

*/s/ Jonathan Shalom*
Jonathan Shalom, Esq.
Attorney for Plaintiff