UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jon R. Morgan, on behalf of himself and all others similarly situated,<br><br>                  Plaintiffs,<br><br>          -against-<br><br>Cybercartel International, Inc.,<br><br>                  Defendant. | Case No. 1:19-cv-10684-RA<br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITHOUT PREJUDICE** |

      **PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  5/28/2020
Forest Hills, New York

                                              Respectfully submitted,

                                              By: _____
                                              Jonathan Shalom, Esq.
                                              SHALOM LAW, PLLC.
                                              Phone: (718) 971-9474
                                              Email: Jshalom@JonathanShalomLaw.com
                                              *Attorneys for Plaintiff*