UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jon R. Morgan, on behalf of himself and all others similarly situated,

            Plaintiffs,

-against-

Cybercartel International, Inc.,

            Defendant.

Case No. 1:19-cv-10684-RA

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: 5/28/2020
Forest Hills, New York

Respectfully submitted,

By: _____
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
***Attorneys for Plaintiff***

SO ORDERED.

_____
Hon. Ronnie Abrams
5/29/2020